UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRIN ROBINSON (#158443)  CIVIL ACTION

VERSUS

STEVE C. RADER  NO.: 3:11-cv-00458-BAJ-RLB

## RULING AND ORDER

Before the Court is Petitioner's **PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (Doc. 1)**. The Magistrate Judge has issued a **REPORT (Doc. 11)** recommending that Petitioner's application for habeas corpus relief be granted. The State did not file objections to the Magistrate Judge's Report.

Having carefully considered Petitioner's PETITION (Doc. 1) and related filings, the Court **APPROVES** the Magistrate Judge's REPORT AND RECOMMENDATION (Doc. 11), and **ADOPTS** it as the Court's opinion. Accordingly, **IT IS ORDERED** that Petitioner's § 2254 Petition **GRANTED** for the reasons explained in the Magistrate Judge's Report.

Baton Rouge, Louisiana, this 28th day of October, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA